1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORRINA DUNLAP** ) | Case No.  CIV S-09-3446 EFB |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from September 10, 2010, to October 13, 2010. This extension is required due to Plaintiff's counsel's impacted briefing schedule and need to brief an older case due on the same day.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: September 10, 2010 | /s/Bess M. Brewer<br>BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: September 10, 2010       Benjamin B. Wagner

United States Attorney

/s/ Elizabeth Firer
ELIZABETH FIRER

Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED. However, plaintiff is advised that given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a showing of substantial cause.

DATED: September 13, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2